UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH <br>     MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *McNeal v. Bayer Schering Pharma AG et al* | No. 10-cv-11307-DRH |
| *Tessie Latiolas, et al. v. Bayer Schering Pharma AG, et al.* | No. 10-cv-11310-DRH |
| *Janet Damond v. Bayer Corporation, et al.* | No. 10-cv-11374-DRH |
| *Blakely Wall v. Bayer Corporation, et al.* | No. 10-cv-11387-DRH |
| *Charis Williamson v. Bayer Corporation, et al.* | No. 10-cv-11407-DRH |
| *Shari Jackson-Echols v. Bayer Corporation, et al* | No. 10-cv-11428-DRH |
| *Alexis Alexander v. Bayer Corporation, et al.* | No. 10-cv-11875-DRH |
| *Della Fleming v. Bayer Corporation, et al.* | No. 10-cv-11941-DRH |
| *Tiffany Ivory v. Bayer Corporation, et al.* | No. 10-cv-11968-DRH |
| *Jessica Richardson v. Bayer Corporation, et al.* | No. 10-cv-12087-DRH |
| *Lenora Reese v. Bayer Corporation, et al.* | No. 10-cv-12094-DRH |
| *Alice Watson v. Bayer Corporation, et al.* | No. 10-cv-12126-DRH |
| *Larisa Hardie v. Bayer Corporation, et al.* | No. 10-cv-12666-DRH |
| *Loretta Burns v. Bayer Corporation, et al.* | No. 10-cv-12686-DRH |
| *Ju Gomez v. Bayer Corporation, et al.* | No. 10-cv-12687-DRH |
| *Nancy Richardson v. Bayer Corporation, et al.* | No. 10-cv-12706-DRH |
| *Kimberly Sutton v. Bayer Corporation, et al.* | No. 10-cv-12738-DRH |

| | |
|---|---|
| *Jacklyn Waites v. Bayer Corporation, et al.* | No. 10-cv-12743-DRH |
| *Delma Reyes v. Bayer Corporation, et al.* | No. 10-cv-12765-DRH |
| *Christy Walton v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13076-DRH |
| *Karen Zuanich v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13079-DRH |
| *Sade Stephens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13628-DRH |
| *Robin Hackler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 10-cv-13811-DRH* |
| *Shawntai Williams v. Bayer Corporation, et al.* | *No. 10-cv-13857-DRH* |
| *Yvonne Reed v. Bayer Corporation, et al.* | *No. 10-cv-13863-DRH* |
| *Caitlin Lilly v. Bayer Corporation, et al.* | *No. 10-cv-13869-DRH* |
| *Veronica Granados, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10345-DRH |
| *Moria Webb, et al. v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10434-DRH |
| *Saby Jimenez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10871-DRH |
| *Jessica Mulhall v. Bayer Corporation, et al.* | No. 11-cv-11559-DRH |
| *Cory Hagen, et al. v. Bayer Pharma AG, et al.* | No. 11-cv-12272-DRH |
| *Jacquline Creekmore v. Bayer Corporation, et al.* | No. 11-cv-13257-DRH |
| *Gloria Romero v. Bayer Corporation, et al.* | No. 12-cv-10468-DRH |
| *Georgia Lee v. Bayer Corporation, et al.* | No. 12-cv-10490-DRH |
| *LaToya Sanders v. Bayer Corporation, et al.* | No. 12-cv-10754-DRH |
| *Megan Lambert, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11449-DRH |
| *Martha Ponce v. Bayer Corporation, et al.* | No. 12-cv-11594-DRH |
| *Tammiah Tuggle v. Bayer Corporation, et al.* | No. 13-cv-10008-DRH |

| | |
|---|---|
| *Jacqueline Lewis v. Bayer Corporation, et al* | No. 13-cv-10084-DRH |
| *Francena Griswold v. Bayer Corporation, et al.* | No. 13-cv-10100-DRH |
| *Karen Wysinger v. Bayer Corporation, et al.* | No. 13-cv-10123-DRH |
| *Jennifer Gibson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10554-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders of dismissal signed on August 10, 2015 and the Stipulations of Dismissal previously filed, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
     **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.08.12 10:10:52 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT

3